| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) COFFMAN, JENNIFER B | 2. Court or Organization E.D. AND W.D./KY | 3. Date of Report 07/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 306 US COURTHOUSE 101 BARR STREET LEXINGTON, KY 40588-2228 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 21 A 11: 25 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | DENTAL PRACTICE / SELF EMPLOYMENT |
| 2. 2007 | SALE OF REMAINING SOLE PROPRIETORSHIP DENTAL PRACTICE ASSETS - EQUIPMENT |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | COUNTRY WIDE HOME LOANS | SECOND HOME LOAN | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS BANK - COMMON STOCK | A | Dividend | J | U | | | | | |
| 2. RENTAL PROPERTY, EARLINGTON(HOPKINS COUNTY), KENTUCKY | C | Rent | K | U | | | | | |
| 3. IRA #1 (UNIFIED TRUST) (TRANSFERRED TO CENTRAL BANK) | | None | | | IRA ACCOUNT | | | | |
| 4. -FEDERATED PRIME CASH | A | Dividend | | | BUY | 3/30 | M | | |
| 5. | A | Interest | | | BUY | 4/3 | K | | |
| 6. | | | | | SOLD | 4/4 | M | | |
| 7. -AMERICAN FUNDS BOND FUND OF AMERICA-MUTUAL FUND | A | Dividend | | | SOLD | 3/30 | L | A | |
| 8. -AMERICAN CENTURY INCOME & GROWTH ADV- MUTUAL FUND | A | Dividend | | | SOLD | 3/30 | J | | |
| 9. -AMERICAN FUNDS GROWTH FUND OF AMERICA F-MUTUAL FUND | | None | | | SOLD | 3/30 | J | A | |
| 10. -SELECTED AMERICAN SHS INC COM-COMMON STOCK | | None | | | SOLD | 3/30 | K | A | |
| 11. -KEELEY SMALL CAP VALUE FUND-MUTUAL FUND | | None | | | SOLD | 3/30 | K | A | |
| 12. -FEDERATED MID CAP FUND-MUTUAL FUND | A | Dividend | | | SOLD | 3/30 | K | B | |
| 13. -MUNDER MID-CAP CORE GROWTH-MUTUAL FUND | | None | | | SOLD | 3/30 | J | A | |
| 14. -FIRST AMERICAN MID CAP VALUE FUND - MUTUAL FUND | A | Dividend | | | SOLD | 3/30 | K | A | |
| 15. -FIRST AMERICAN REAL ESTATE SECURITIES FUND - MUTUAL FUND | A | Dividend | | | SOLD | 3/30 | K | A | |
| 16. IRA #4 (THE VANGUARD GROUP) | | None | | | IRA ACCOUNT | | | | |
| 17. -WASHINGTON MUTUAL INC - COMMON STOCK | | None | | | | | | | SEE NOTE PART VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -WILLIAMS SONOMA - COMMON STOCK | | None | | | | | | | SEE NOTE PART VIII |
| 19. -PRIME MONEY MARKET FUND | A | Dividend | | | | | | | SEE NOTE PART VIII |
| 20. IRA #2 (UNIFIED TRUST) (TRANSFERRED TO CENTRAL BANK) | | None | | | IRA ACCOUNT | | | | SEE NOTE PART VIII |
| 21. -FEDERATED PRIME CASH | A | Dividend | | | BUY | 5/1 | K | | |
| 22. | A | Interest | | | BUY | 5/1 | J | | |
| 23. | | | | | BUY | 5/1 | J | | |
| 24. | | | | | BUY | 5/1 | J | | |
| 25. | | | | | BUY | 5/1 | J | | |
| 26. | | | | | BUY | 5/1 | J | | |
| 27. | | | | | BUY | 5/1 | J | | |
| 28. | | | | | BUY | 5/1 | J | | |
| 29. | | | | | BUY | 5/1 | J | | |
| 30. | | | | | SOLD | 5/8 | L | | |
| 31. -AMERICAN FUNDS BOND FUND OF AMERICA -MUTUAL FUND | A | Dividend | | | SOLD | 5/1 | K | A | |
| 32. -AMERICAN CENTURY INCOME & GROWTH - MUTUAL FUND | A | Dividend | | | SOLD | 5/1 | J | A | |
| 33. -AMERICAN FUNDS GROWTH FUND OF AMERICA-MUTUAL FUND | | None | | | SOLD | 5/1 | J | A | |
| 34. -SELECTED AMERN SHS INC-COMMON STOCK | | None | | | SOLD | 5/1 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -KEELY SMALL CAP VALUE FUND-MUTUAL FUND | | None | | | SOLD | 5/1 | J | A | |
| 36. -FEDERATED MID CAP FUND - MUTUAL FUND | A | Dividend | | | SOLD | 5/1 | J | A | |
| 37. -FIRST AMERICAN MID CAP VALUE FUND-MUTUAL FUND | A | Dividend | | | SOLD | 5/1 | J | A | |
| 38. -MUNDER MID CAP CORE GROWTH - MUTUAL FUND | | None | | | SOLD | 5/1 | J | A | |
| 39. -FIRST AMERICAN REAL ESTATE SECURITIES FUND - MUTUAL FUND | A | Dividend | | | SOLD | 5/1 | J | A | |
| 40. | | | | | | | | | |
| 41. KENTUCKY TAX FREE INCOME SERIES | A | Dividend | J | T | PARTIAL SALE | 4/23 | K | | |
| 42. | | | | | PARTIAL SALE | 6/1 | K | | |
| 43. DENTAL PRACTICE PROFIT SHARING PLAN | | None | | | ACCOUNT | | | | SEE SECTION VIII |
| 44. -HARBINGER FUND, LP | | | | | | | | | SEE SECTION VIII |
| 45. -LUVOO INT INC (FORMERLY-EDOLLARS INC) - COMMON STOCK | | None | | | SOLD | 4/25 | J | | SEE SECTION VIII |
| 46. -AIM SECTOR FDS INC - MUTUAL FUND | | None | | | SOLD | 4/25 | J | A | |
| 47. -BLACKROCK FDS US OPPORTUNITIES - MUTUAL FUND | | None | | | SOLD | 4/25 | J | B | |
| 48. -COLUMBIA FUNDS TRUST I TECHNOLOGY - MUTUAL FUND | | None | | | SOLD | 4/25 | J | | |
| 49. -EATON VANCE SPLIT INVT TR EV GRTR INDIA FD CL A-MUTUAL FUND | A | Dividend | | | SOLD | 4/25 | L | E | |
| 50. -KELMOORE STRATEGIC TR EAGLE FD CL A-MUTUAL FUND | A | Dividend | | | SOLD | 4/25 | K | | |
| 51. -EVERGREEN INTL TR PRECIOUS METALS FD-MUTUAL FUND | | None | | | SOLD | 4/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GARTMORE GLOBAL NATURAL RESOURCE-MUTUAL FUND | | None | | | SOLD | 4/25 | K | B | |
| 53. -ING MUT FDS RUSSIA FD-MUTUAL FUND | | None | | | SOLD | 4/25 | J | A | |
| 54. -ROWE T PRICE INTL LATIN AMERICA FD-MUTUAL FUND | | None | | | SOLD | 4/25 | J | A | |
| 55. -PREMIER MONEY MARKET FUND | B | Dividend | | | BUY | 4/25 | J | | |
| 56. | | | | | BUY | 4/25 | J | | |
| 57. | | | | | BUY | 4/25 | J | | |
| 58. | | | | | BUY | 4/25 | L | | |
| 59. | | | | | BUY | 4/25 | J | | |
| 60. | | | | | BUY | 4/25 | K | | |
| 61. | | | | | BUY | 4/25 | J | | |
| 62. | | | | | BUY | 4/25 | K | | |
| 63. | | | | | BUY | 4/25 | J | | |
| 64. | | | | | SOLD | 4/25 | M | D | SEE NOTE PART VIII |
| 65. CHASE BANK - CERTIFICATE OF DEPOSIT | C | Interest | | | REDEMPTION | 4/11 | L | | |
| 66. IRA #3 (CENTRAL BANK) | | None | | | NEW ACCOUNT | | | | SEE SECTION VIII |
| 67. -GOLDMAN SACHS STRUCTURED US EQUITY FUND | | None | | | BUY | 4/25 | L | | |
| 68. | | | | | SOLD | 10/24 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - 100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AMERICAN CENTURY GLOBAL GOLD FUND | A | Dividend | K | T | BUY | 4/25 | K | | |
| 70. | | | | | SOLD | 6/8 | J | | |
| 71. -COLUMBIA ACORN FUND CLASS Z | B | Dividend | K | T | BUY | 4/25 | K | | |
| 72. -GOLDMAN SACHS TR CORE FIX INST | A | Dividend | K | T | BUY | 4/25 | K | | |
| 73. -MATTHEWS PACIFIC TIGER | C | Dividend | K | T | BUY | 4/25 | K | | |
| 74. -T ROWE PRICE EMERGING MARKET FUND | A | Dividend | J | T | BUY | 4/25 | J | | |
| 75. -ISHARES S&P GSCI UNIT BEN INT | | | J | T | BUY | 6/12 | J | | |
| 76. -VANGUARD 500 INDEX FUND SIGNAL | A | Dividend | L | T | BUY | 10/25 | L | | |
| 77. -VANGUARD INDEX FDS REIT ETF | | | J | T | BUY | 12/28 | J | | |
| 78. -COLUMBIA FDS SER TR MID CAP VAL Z | B | Dividend | K | T | BUY | 4/25 | K | | |
| 79. -WILLIAMS SONOMA INC COM | A | Dividend | J | T | | | | | SEE SECTION VIII |
| 80. -WASHINGTON MUTUAL INC COMMON | A | Dividend | J | T | | | | | SEE SECTION VIII |
| 81. -GOLDMAN SACHS FINCL SQUARE MONEY MARKET-PRINCPL | A | Dividend | J | T | | | | | |
| 82. WESLEY COFFMAN DMD 401(K) PROFIT SHARING PLAN (CENTRAL BANK) | | None | | | NEW ACCOUNT | | | | |
| 83. -AMCEN GLOBAL GOLD | A | Dividend | K | T | BUY | 6/12 | J | | |
| 84. | | | | | BUY | 6/22 | K | | |
| 85. -COL ACORN SMALL CAPZ | B | Dividend | K | T | BUY | 6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | BUY | 6/22 | K | | |
| 87.   -COLUMBIA FDS SER Z | B | Dividend | K | T | BUY | 6/12 | J | | |
| 88. | | | | | BUY | 6/22 | K | | |
| 89.   -GOLDMAN F/S MM-PRIN | A | Dividend | J | T | BUY | 4/18 | J | | |
| 90. | | | | | BUY | 5/10 | L | | |
| 91. | | | | | BUY | 6/20 | N | | |
| 92. | | | | | BUY | 6/29 | J | | |
| 93. | | | | | BUY | 10/24 | J | | |
| 94. | | | | | BUY | 12/10 | J | | |
| 95. | | | | | BUY | 12/14 | J | | |
| 96. | | | | | BUY | 12/24 | J | | |
| 97. | | | | | REDEMPTION | 6/13 | L | | |
| 98. | | | | | REDEMPTION | 6/14 | J | | |
| 99. | | | | | REDEMPTION | 6/22 | N | | |
| 100. | | | | | REDEMPTION | 6/26 | J | | |
| 101. | | | | | REDEMPTION | 7/17 | J | | |
| 102. | | | | | REDEMPTION | 10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -GS TR CORE FIX INST | A | Dividend | K | T | BUY | 6/12 | J | | |
| 104. | | | | | BUY | 6/22 | K | | |
| 105. -ISHARES S&P GSCI | | None | J | T | BUY | 6/14 | J | | |
| 106. | | | | | BUY | 6/26 | J | | |
| 107. -MATT PACIFIC TIGER | C | Dividend | K | T | BUY | 6/12 | J | | |
| 108. | | | | | BUY | 6/22 | K | | |
| 109. -TRPRICE EMERGING MKT | B | Dividend | K | T | BUY | 6/12 | J | | |
| 110. | | | | | BUY | 6/22 | J | | |
| 111. -VANGRD 500 SGNL 1340 | A | Dividend | M | T | BUY | 10/25 | M | | |
| 112. -GOLDMAN SACHS STRUCTURED US EQUITY FUND | | None | | | BUY | 6/12 | K | | |
| 113. | | | | | BUY | 6/22 | M | | |
| 114. | | | | | SOLD | 10/24 | M | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 07/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

IRA #1 @ UNIFIED TRUST, ALL ASSETS WERE SOLD AND CASH TRANSFERRED TO IRA #3

IRA #4 @ VANGUARD, ALL ASSETS TRANSFERRED INTACT TO IRA #3

IRA #2 @ UNIFIED TRUST, ALL ASSETS, EXCEPT AS NOTED, WERE SOLD AND CASH TRANSFERRED TO CENTRAL BANK AS A NEW ACCOUNT ▮▮▮▮▮▮▮▮ DMD 401(K) PROFIT SHARING PLAN.

THE DENTAL PRACTICE PROFIT SHARING PLAN (PREVIOUSLY WITH LINSCO PRIVATE LEDGER), WAS ROLLED OVER TO CENTRAL BANK AND TRUST AS A NEW ACCOUNT ▮▮▮▮▮▮▮▮ DMD 401(K) PROFIT SHARING PLAN. HARBINGER PARTNERSHIP WAS NOT TRANSFERRED FROM LINSCO PRIVATE LEDGER AS IT HAD BEEN SOLD IN 2006. SEE AMENDMENT LETTER.

DENTAL PRACTICE PROFIT SHARING PLAN; LUVOO INT INC (FORMERLY EDOLLARS INC) COMMON STOCK WAS SOLD FOR LESS THAN A DOLLAR ON 4/25/07 AND THERE WAS A LOSS ON THIS SALE.

WASHINGTON MUTUAL & WILLIAMS SONOMA STOCKS WERE TRANSFERRED FROM IRA #4 TO IRA #3 AND WERE NOT SOLD. (SEE ASSET #79 AND #80) *Prime Mony Fd Class .*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA        CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544